IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JACK L. SISK and ELIZABETH M. SISK, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CASE NO. 1:10cv6 ) ) JUDGE HAYNES |
| HI-TECH AMERICA DEVELOPMENT (HAD) III CORPORATION, et al, | ) ) ) ) ) |
| Defendants. | ) |

*ORDER*
*This motion is GRANTED.*
*William J. Haynes Jr.*
*12-9-10*

## MOTION FOR SUBSTITUTION OF A PARTY DUE TO DEATH OF DEFENDANT KENNETH FRANKLIN, SR.

Plaintiffs, through counsel and pursuant to Fed R. Civ. P. 25 (a) (1), move this Honorable Court to order substitution of the proper parties. Specifically, the death of Defendant Kenneth Franklin, Sr. during the pendency of this action has been suggested upon the record. Plaintiffs would show that the claims against said party were not extinguished by his death. Therefore, good cause exists for this Motion to be granted and the Personal Representative of the Estate of Kenneth Franklin, Sr. to be substituted as a Defendant in this action. Attached is Plaintiffs' Memorandum in Support of this Motion. If the Court desires a hearing on this Motion, the Plaintiffs ask that it be set and noticed for a Columbia date and time that is convenient for the Court.

Respectfully Submitted:

UAW-GM Legal Services Plan
By: *Shearon W. Hales*
Shearon W. Hales, BPR# 011184
shearonha@uawlsp.com
3011 Harrah Drive, Suite A
Spring Hill, Tennessee 37174
(615) 302-1443 ext. #230
Attorneys for Plaintiffs