IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

JACK L. SISK, et al. )
)
Plaintiff, )
)
v. ) No. 1:10-cv-00006
) JUDGE HAYNES
HI-TECH AMERICA DEVELOPMENT )
CORPORATION, et al. )
)
Defendants. )
)

O R D E R

Before the Court is Defendants' motion to dismiss. (Docket Entry No. 21). This motion was filed on May 17, 2011.

Plaintiffs have not responded to Defendants' motion. Plaintiffs shall file a response within 14 days of the date of this Order. Failure to do so will result in a dismissal of this action.

It is so **ORDERED**.

ENTERED this the 13th day of July, 2011.

WILLIAM J. HAYNES, Jr.
United States District Judge