IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| JACK L. SISK and ELIZABETH M. SISK, | ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CASE NO. 1:10cv6 ) ) JUDGE HAYNES |
| HI-TECH AMERICA DEVELOPMENT (HAD) III CORPORATION, *et al* | ) ) ) ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

COMES NOW JACK L. SISK and ELIZABETH M. SISK, the above named Plaintiffs, through counsel, and request that this Honorable Court dismiss this action against all of the Defendants with prejudice and any unpaid court costs being taxed to the Plaintiff. The parties will bear their own attorney's fees and discretionary costs.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that this action against all of the Defendants, namely HI-TECH AMERICA DEVELOPMENT (HAD) III CORPORATION, HI-TECH AMERICA DEVELOPMENT (HAD) V CORPORATION, GLOBAL DISTRIBUTION GROUP, INC., the PERSONAL REPRESENTATIVE for the ESTATE OF KENNETH FRANKLIN, SR. that has been substituted for Decedent KENNETH FRANKLIN, SR., KENNETH FRANKLIN, JR., RONALD KONITZER and KENNETH FINKELSTEIN is dismissed with prejudice, that the court costs be taxed to the Plaintiffs and that the parties will bear their own attorney's fees and discretionary costs.

It is so **ORDERED.**

**ENTERED** this the _____ day of July, 2011.

_____
WILLIAM J. HAYNES, JR.
United States District Judge

APPROVED FOR ENTRY:

/s/ Shearon W. Hales
_____
Shearon W. Hales, BPR#011184
UAW-GM Legal Services Plan
Attorney for Plaintiffs
3011 Harrah Drive, Suite A
Spring Hill, TN 37174
(615) 302-1443, ext. 230
shearonha@uawlsp.com