UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| Jack L. Sisk, et al. | ) |
| | ) |
| | ) Case No.: 1:10-cv-00006 |
| v. | ) Judge Haynes |
| | ) |
| H-Tech America Development III Corp., et al. | ) |
| | ) |

ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on July 21, 2011.

KEITH THROCKMORTON, CLERK
s/ Robbie Dail, Deputy Clerk